# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

PATRICIA PROSEUS, EXECUTRIX FOR
THE ESTATE OF CHARLES PROSEUS AND
PATRICIA PROSEUS PERSONALLY,

      Plaintiffs,

v.

GENERAL ELECTRIC COMPANY
CBS CORPORATION f/k/a VIACOM, INC.,
    successor by merger with CBS
    CORPORATION f/k/a WESTINGHOUSE
    ELECTRIC CORPORATION,
AIR & LIQUID SYSTEMS CORPORATION,
    As successor by merger to BUFFALO
    PUMPS, INC.

      Defendants.

Civil Action
No.:   3:11-cv-941

## NOTICE OF APPEARANCE

To the Clerk of the Court:

      Please enter the appearance of Corey M. Dennis and Governo Law Firm

LLC on behalf of Defendant Air & Liquid Systems Corporation, as Successor by

Merger to Buffalo Pumps, Inc.,[1] in the above case.

---

[1] Buffalo Pumps, Inc. merged into Air & Liquid Systems Corporation on December 31, 2009. The prior operations of Buffalo Pumps, Inc. now are conducted by the Buffalo Pumps Division of Air & Liquid Systems Corporation.

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by
Merger to Buffalo Pumps, Inc.,
By its attorneys,


/s/ Corey M. Dennis
Corey M. Dennis
Fed. Bar. No. ct28166
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
cdennis@governo.com


Dated:  June 13, 2011


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2011, a copy of the foregoing
was filed electronically on the Court's CM/ECF system.  Notice of this filing will
be sent to all counsel of record for viewing via the Court's ECF system.


/s/Corey M. Dennis
Corey M. Dennis